IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JEREMY HOPPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 5:21-cv-83-C |
| | ) | |
| NATIONAL LIABILITY & FIRE | ) | |
| INSURANCE COMPANY, a foreign | ) | |
| insurance company, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| COMPSOURCE MUTUAL INS. CO., | ) | |
| | ) | |
| Intervenor. | ) | |

**ORDER PERMITTING INTERVENTION
BY COMPSOURCE MUTUAL INSURANCE COMPANY**

COMES NOW the Motion to Intervene of CompSource Mutual Insurance Company (DOCUMENT NO. #20) comes on for consideration before the Honorable Robin J. Cauthron, Judge of the United States District Court for the Western District of Oklahoma.

After reviewing said Motion and the file herein, and noting that no parties have objected to the Motion and the time for doing so having expired, the Court FINDS that for good cause shown, the Motion should be sustained.

IT IS THEREFORE ORDERED that CompSource Mutual Insurance Company is granted leave to intervene in this action pursuant to Fed.R.Civ.P. 24 and 85A O.S. §43, and shall file its Complaint in Intervention within seven days of service of this Order.

**DATED** this 13<u>th</u>  day of April 2022.

ROBIN J. CAUTHRON
United States District Judge